UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL E. JACKSON,<br><br>                      Plaintiffs,<br><br>    v.<br><br>ORVILLE B. MALLOTT, et al.,<br><br>                      Defendants. | CASE NO. C17-1521-RSL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. Mary Alice Theiler, United States Magistrate Judge:

Plaintiff Michael Jackson is a prisoner seeking to proceed *in forma pauperis* (IFP) in a civil action. (Dkt. 1.) He failed to submit the proper IFP form. The Court directs plaintiff to complete and return the correct form within **twenty (20) days** of the date of this Order. The Clerk is directed to send to plaintiff a copy of this order, the Information to Prisoners Seeking Leave to Proceed with a Civil Action in Federal Court IFP Pursuant to 28 U.S.C. § 1915, and the IFP Application and Written Consent for Payment of Costs form for a prisoner bringing a civil action.

DATED this 13th day of October, 2017.

                                      WILLIAM M. MCCOOL, Clerk

                                      By:    s/ Sharita Tolliver
                                                 Deputy Clerk