UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL E. JACKSON,

                    Plaintiffs,

v.

ORVILLE B. MALLOTT, et al.,

                    Defendants.

CASE NO. C17-1521-RSL

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. Mary Alice Theiler, United States Magistrate Judge:

Plaintiff Michael Jackson is a prisoner seeking to proceed *in forma pauperis* (IFP) in a civil action. (Dkt. 6.) Plaintiff signed only the Written Consent for Payment of Costs portion of the IFP application. The Court directs plaintiff to submit a completed IFP application, with signatures on both the IFP and Written Consent portions of the form, within **twenty (20) days** of the date of this Order. The Clerk is directed to send to plaintiff a copy of this order and a copy of the IFP Application and Written Consent for Payment of Costs form for a prisoner bringing a civil action.

DATED this 25th day of October, 2017.

WILLIAM M. MCCOOL, Clerk

By:   s/ Sharita Tolliver
       Deputy Clerk

MINUTE ORDER
PAGE - 1