UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL E. JACKSON,

              Plaintiff,

v.

ORVILLE B. MALLOTT, et al.,

              Defendants.

CASE NO. C17-1521-RSL

ORDER RE: APPLICATION TO PROCEED IN FORMA PAUPERIS

Plaintiff submitted a corrected application to proceed *in forma pauperis* (IFP). (Dkt. 11.)[1] Because plaintiff does not appear to have funds available to afford the $400.00 filing fee, he financially qualifies for IFP status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, plaintiff's application to proceed IFP (Dkt. 11) is GRANTED. However, the undersigned recommends review under 28 U.S.C. § 1915(e)(2)(B). The Clerk of the Court is directed to send a copy of this Order to plaintiff and to the assigned District Judge.

DATED this 8th day of November, 2017.

Mary Alice Theiler
United States Magistrate Judge

---

[1] Plaintiff submitted another IFP application, on the wrong form. (Dkt. 10.) That application should be terminated and the noting date STRICKEN.

ORDER
PAGE - 1