UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL E. JACKSON,

    Plaintiff,

v.

ORVILLE B. MALLOTT, *et al.*,

    Defendants.

CASE NO. C17-1521RSL

ORDER

This matter comes before the Court on petitioner's "Motion for Certificate of Appealability" 28 U.S.C. § 1915(a) which provides: "An appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith." An appeal that is frivolous or otherwise without merit is not taken in good faith.

The Court is of the opinion that plaintiff's appeal is frivolous. He has not alleged any facts from which one could conclude that the Court has subject matter jurisdiction over his claims. Thus, the Court certifies that the appeal is not taken in good faith and revokes plaintiff's in forma pauperis status.

Dated this 1st day of February, 2018.

                /s/ Robert S. Lasnik

                Robert S. Lasnik
                United States District Judge

ORDER