UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL E. JACKSON,

        Plaintiff,

    v.

ORVILLE B. MALLOTT, *et al.*,

        Defendants.

CASE NO. C17-1521RSL

ORDER

This matter comes before the Court on plaintiff's motion for a copy of transcripts at the government's expense. Dkt. # 28. There were no hearings or other court proceedings in this matter that could have generated a transcript. To the extent plaintiff seeks a copy of a non-existent transcript, the motion is DENIED. To the extent plaintiff simply wants to ensure that the Ninth Circuit is aware of the district court case number and/or has access to the district court docket, the request is DENIED as moot. The Ninth Circuit has access to all of the district court records.

Dated this 7th day of February, 2018.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge

ORDER